No. 83–1787. ROBINSON ET VIR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–1795. TODD PACIFIC SHIPYARDS ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1802. DANIEL ET AL. v. PETTWAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1808. NINETY-TWO POINT SEVEN BROADCASTING, INC., ET AL. v. HANOVER RADIO, INC. Sup. Ct. Va. Certiorari denied.

No. 83–1810. MILLER v. PORT OF ILWACO ET AL. Ct. App. Wash. Certiorari denied.

No. 83–1821. LEVENSON v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 83–1828. SPERLING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1857. KAISER ALUMINUM & CHEMICAL CORP. v. PARSON. C. A. 5th Cir. Certiorari denied.

No. 83–1861. ALLEGHENY MUTUAL CASUALTY CO. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1866. ERKINS ET AL. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5286. MILLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6237. WALKER v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6263. HOOD v. UNITED STATES PAROLE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 83–6270. HAYES v. MIGNANO. C. A. 11th Cir. Certiorari denied.